McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>APPROXIMATELY $8,435.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant.<br>_____<br>ANTONIO RAMIREZ LOZANO, MARIA RODRIGUEZ, and EDELMIRA RAMIREZ,<br><br>　　　　　Potential Claimants.<br>_____ | 2:06-CV-01781-FCD-DAD<br><br>CORRECTED<br><br>CONSENT JUDGMENT<br>OF FORFEITURE |

　　Pursuant to the Stipulation for Consent Judgment of Forfeiture, the Court finds:

　　1.　On March 30, 2006, Antonio Ramirez Lozano ("Lozano") was indicted pursuant to 21 U.S.C. § 841(a)(1).

　　2.　On March 2, 2006, Stockton Police Department detectives served a search warrant at the residence of Antonio Ramirez Lozano. On the floor of Lozano's bedroom closet, detectives discovered a green-and-white Igloo thermos containing various plastic bindles of cocaine base packaged in various "eight ball" and smaller

1

quantities.  Drug Enforcement Administration lab analysis of the cocaine base revealed that the substance was approximately 53.6 grams of a mixture and substance containing cocaine base.  In addition, detectives found a white and blue scale, approximately $8,435 in U.S. Currency, approximately 2 kilograms of powder cocaine, and a large quantity of methamphetamine.

3.   Lozano gave a statement after waiving his Miranda warnings.  Lozano described the location of narcotics in the residence, including: in his closet, on the dining room table, and in the bathroom in a hidden area under the bath tub.  Lozano admitted that he purchased two kilograms of cocaine about one week prior for $30,000.00.  Lozano indicated that he purchases the powder cocaine in order to later distribute it.  In addition, Lozano stated that he will distribute a half pound of rock cocaine in one week.

4.   Lozano entered a guilty plea on or about July 17, 2006, in U.S. v. Antonio Ramirez Lozano, CR-S-06-0119-FCD, to Count One of the Indictment charging him with intent to distribute at least 50 grams of a mixture and substance containing cocaine base in violation of 21 U.S.C. § 841(a)(1).

5.   Antonio Ramirez Lozano acknowledges that he is the sole owner of the defendant approximately $8,435.00 in U.S. Currency and that no other person or entity has any legitimate claim of interest therein.  Should any person or entity institute any kind of claim or action against the government with regard to its forfeiture of the defendant approximately $8,435.00 in U.S. Currency, or any portion thereof, Antonio Ramirez Lozano shall hold harmless and indemnify the United States, as set forth below.

1       6.   This Court has jurisdiction in this matter pursuant to 28
2  U.S.C. §§ 1345 and 1355, as this is the judicial district in which
3  acts or omissions giving rise to the forfeiture occurred.
4       7.   This Court has venue pursuant to 28 U.S.C. § 1395, as this
5  is the judicial district in which property was seized.
6       8.   The parties herein desire to settle this matter pursuant
7  to the terms of a duly executed Stipulation for Consent Judgment of
8  Forfeiture.
9       Based upon the above findings, and the Court being otherwise
10 fully advised in the premises, it is hereby
11      ORDERED AND ADJUDGED:
12      9.   The Court adopts the Stipulation for Consent Judgment of
13 Forfeiture entered into by and between the parties.
14      10.  All right, title and interest in $4,997.00 of the
15 approximately $8,435.00 in U.S. Currency seized on or about March
16 2, 2006, shall be forfeited to the United States pursuant to 21
17 U.S.C. § 881(a)(6), to be disposed of according to law.
18      11.  Upon entry of a Consent Judgment of Forfeiture herein,
19 but no later than 30 days thereafter, the U.S. Marshals Service
20 shall issue a check in the amount of $3,438.00 in U.S. Currency
21 made payable to Antonio Ramirez Lozano and Maria Rodriguez.
22 Payment shall be sent to attorney Matthew Bockmon at The Federal
23 Defender's Office located at 801 I Street, 3rd Floor, Sacramento,
24 California 95814.
25      12.  Plaintiff United States of America and its servants,
26 agents, and employees and all other public entities, their
27 servants, agents and employees, are released from any and all
28 liability arising out of or in any way connected with the seizure

and/or forfeiture of defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure and/or forfeiture, as well as to those now known or disclosed.  The parties to the Stipulation filed herein have agreed to waive the provisions of California Civil Code § 1542, which provides: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

13.  Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court finds that there was reasonable cause for the seizure of defendant currency, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

14.  Antonio Ramirez Lozano, Maria Rodriguez, and Edelmira Ramirez hereby acknowledge that they obtained, or declined to obtain, the advice of counsel prior to executing the above-referenced stipulation, and that they entered into it knowingly and voluntarily.

15.  All parties will bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: August 23, 2006          /s/ Frank C. Damrell Jr.
                                United States District Judge
///
///
///

4

CERTIFICATE OR REASONABLE CAUSE

Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the above-described currency.

DATED: August 23, 2006        /s/ Frank C. Damrell Jr.
                              United States District Judge